DEBORAH M. SMITH
Acting United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. |
| | ) |
| Plaintiff, | ) COUNT 1: |
| | ) UTTERING & POSSESSING |
| vs. | ) A COUNTERFEITED SECURITY |
| | ) Vio. of 18 U.S.C. § 513(a) |
| VALERIE ROSE UNGER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Between on or about May 31, 2006, and on or about June 2, 2006, in the District of Alaska, the defendant, VALERIE ROSE UNGER, did knowingly utter and possess a counterfeit security, namely, a $150,000.00 check made payable to "Valerie Unger". The

counterfeit check was of the Supreme Tooling Group, an organization, as that term is defined in 18 U.S.C. § 513(c)(4). The defendant, VALERIE ROSE UNGER, did so with the intent to deceive another organization, namely, Money Mart. These actions are in violation of Title 18 United States Code, Section 513(a).

A TRUE BILL.

                 s/ Grand Jury Foreperson
                 GRAND JURY FOREPERSON


 s/ Retta-Rae Randall
RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

 s/ James A. Goeke (for)
DEBORAH M. SMITH
Acting United States Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: deb.smith@usdoj.gov


DATED: 7/18/06