AO 83 (Rev. 12/85) Summons in a Criminal Case

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: 3:06-CR-00065-RRB |
| VALERIE ROSE UNGER<br>5740 Rocky Mnt. Ct., Apt A<br>Anchorage, AK 99504 | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place<br>Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska  99513 | Room<br>6 |
|---|---|
| Before: Magistrate Judge John D. Roberts | Date and Time<br>8/24/2006 at 9:30 a.m. |

To answer a(n)
[XX] Indictment   [] Information   [] Complaint   [] Violation Notice   [] Probation Violation Petition

Charging you with a violation of:

Title 18 United States Code, Section(s) 513(a)

Brief description of offense:
UTTERING & POSSESSING A COUNTERFEITED SECURITY

Ida Romack, Clerk of Court
_____ ficer
**redacted signature**
]                        :puty Clerk
]                        ...ng Officer

July 20, 2006, at Anchorage, AK
Date and Location

NOTICE: If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 601 W. 5th Avenue, Suite 800, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]  SA KEVIN M. LOADER

Date: 07/26/2006

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant at: STATE PUBLIC DEFENDERS' OFFICE, 900 W 5TH AVE, ANCHORAGE, AK

[ ] Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 07/26/2006
Date

Randy M Johnson
Name of United States Marshal

_____
(by) ~~Deputy United States Marshal~~
SPECIAL AGENT, FBI

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.