```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs   VALERIE ROSE UNGER     CASE NO.   3:06-CR-00065-RRB
Defendant:  X Present       X On Summons

BEFORE THE HONORABLE         JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        CAROLINE EDMISTON/SUZANNETTE DAVID

UNITED STATES ATTORNEY:       CRANDON RANDELL

DEFENDANT'S ATTORNEY:         MIKE DIENI, APPOINTED

U.S.P.O.:                     PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT Held 08/24/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:42 a.m. court convened.
```

 X Copy of Indictment given to defendant: read.

 X Defendant sworn.

 X Defendant advised of general rights, charges and penalties.

 X Waived full advisement of rights.

 X Defendant states true name:   Same as above.

 X Financial Affidavit filed.  Federal Public Defender accepted appointment.  FPD notified.

 X PLEA: Defendant plead Not Guilty to Count 1 of the Indictment.
 X Counsel advised of trial date: Final Pretrial Conference set **October 10, 2006 at 8:30 a.m.** Trial by Jury set **October 16, 2006 at 8:30 a.m.** Order for the Preparation of a Criminal Case FILED.

 X Bond set at $5,000.00 Unsecured; Appearance Bond FILED.

 X Order Setting Conditions of Release FILED.

 X Pretrial motions due **September 11, 2006;** Meet and confer due **August 28, 2006.**

At 10:04 a.m. court adjourned.

DATE:   August 24, 2006      DEPUTY CLERK'S INITIALS:    Ce