NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: rettarae.randall@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00065-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DISCOVERY** |
| vs. | ) | **CONFERENCE** |
| | ) | **CERTIFICATE** |
| VALERIE ROSE UNGER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This document certifies that the defendant, through counsel, requested discovery from the United States, pursuant to Fed. R.Crim. P. 16, and the United States provided and made available discovery, including evidence under F.R.E. 404(b), to the defendant on August 28, 2006 and will continue to provide other

discovery as it becomes available.

    RESPECTFULLY submitted this 1st day of September, 2006, at Anchorage, Alaska.

                          NELSON P. COHEN
                          United States Attorney

                          s/ Retta-Rae Randall
                          Assistant U.S. Attorney
                          Federal Building & U.S. Courthouse
                          222 West Seventh Avenue, #9
                          Anchorage, Alaska  99513-7567
                          Phone: (907) 271-5071
                          Fax: (907) 271-1500
                          E-mail: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2006,
a copy of the foregoing  was served
electronically on Michael Dieni.

s/Retta-Rae Randall