Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>VALERIE ROSE UNGER,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0065-RRB-JDR<br><br>NOTICE OF<br>INTENT TO CHANGE PLEA |

　　　　Defendant, Valerie Rose Unger, by and through counsel Michael Dieni, Assistant Federal Defender, notifies this court of her intention to change her plea. Ms. Unger will plead guilty, as charged, with collateral stipulations that will be put on the record at the time of the plea.

　　　　Ms. Unger requests that the court vacate the final pretrial conference and trial scheduled for October 10 and 16, respectively, and schedule a change of plea hearing at a time convenient to the court and counsel.

///

///

DATED this 5th day of October, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on October 5, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Michael D. Dieni