UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


                           USA   v.   UNGER

DATE:    October 6, 2006         CASE NO.    3:06-CR-0065-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **SCHEDULING HEARING**

---

　　　　Defendant has filed a Notice of Intent to Change Plea at Docket 12. A change of plea hearing will be held on **Tuesday, October 10, 2006, at 1:00 p.m.**, in Courtroom 2 in Anchorage, Alaska. The final pretrial conference scheduled for October 10, 2006, at 8:30 a.m. is **vacated**.

M.O. SCHEDULING HEARING