Andrew J. Lambert
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E: andrewj@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:06-cr-00065-RRB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ENTRY OF APPEARANCE |
| | ) | |
| VALERIE ROSE UNGER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Andrew J. Lambert of the law firm of KALAMARIDES & LAMBERT, 711 H Street, Suite 450, Anchorage, Alaska, 99501, enters an Appearance for defendant, Valerie Unger, in all matters pertaining to the above-captioned case.  Counsel has been retained as CJA counsel for the defendant in the above-captioned matter.

In addition, the Federal Public Defender's Office has been notified that I have entered an appearance on Ms. Unger's behalf.

DATED this 11th day of October, 2006, at Anchorage, Alaska.

KALAMARIDES & LAMBERT
Attorneys for Defendant

By:    /s/ Andrew J. Lambert
        Andrew J. Lambert, ABA #8606027
        KALAMARIDES & LAMBERT
        711 H Street, Suite 450
        Anchorage, AK 9951
        P: (907) 276-2135
        F: (907- 278-8514
        E: andrewj@kalamarides.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 11th day of October, 2006, on:

Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

/s/ Andrew J. Lambert
Kalamarides & Lambert