```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA

U.S.A. vs. VALERIE ROSE UNGER        CASE NO. 3:06-cr-00065-RRB
Defendant:  X Present  X On Bond

BEFORE THE HONORABLE:          RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:         APRIL KARPER

UNITED STATES' ATTORNEY:       RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY:          MICHAEL DIENI

U.S.P.O.:                      SCOTT KELLEY / PAULA MCCORMICK

PROCEEDINGS: STATUS CONFERENCE (CHANGE OF PLEA HEARING)
             HELD OCTOBER 10, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

At 1:08 p.m. court convened.

Court and counsel heard re defendant's request for a new attorney.

At 1:12 p.m. court recessed until 1:16 p.m.

Ex Parte Hearing re Defendant's Request for New Counsel set for **October 10, 2006 at 3:00 p.m.** before U.S. District Judge John W. Sedwick.

Defendant's conditions of release remain as previously set.

At 1:17 p.m. court adjourned.

DATE:     October 10, 2006        DEPUTY CLERK'S INITIALS:   ak