NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00065-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION FOR STATUS HEARING** |
| vs. | ) | **AND RESCHEDULING OF TRIAL** |
| | ) | **DATE** |
| VALERIE ROSE UNGER, | ) | |
| | ) | |
| | ) | *Filed on shortened time* |
| Defendant. | ) | |

COMES NOW the United States and requests a status hearing in this case to

reschedule the trial date which is set for Monday, October 23rd.  It appears that the

defendant's request for new counsel has been granted and a status hearing is

needed to assess the current trial date.  If trial is rescheduled, the government is

requesting a continuance to the weeks of either November 6, 2006, or November

13, 2006.

RESPECTFULLY SUBMITTED this 12th day of October, 2006.

NELSON P. COHEN
United States Attorney


 s/ Retta-Rae Randall
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov


**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and
correct copy of the foregoing was served on
Andrew J. Lambert on October 12, 2006.


s/ Retta-Rae Randall
Office of the U.S. Attorney