IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-00065-RRB |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER** |
| | ) | **GRANTING MOTION** |
| v. | ) | **FOR STATUS HEARING** |
| | ) | |
| VALERIE ROSE UNGER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The government's Motion for Status Hearing and Rescheduling of Trial Date in this case is hereby GRANTED. It is ordered that the hearing will be set for the _____ day of _____, 2006, at _____a.m./p.m.

IT IS SO ORDERED.


Dated: _____                    _____
                                                United States District Court Judge