Andrew J. Lambert
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E: andrewj@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:06-cr-00065-RRB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NON-OPPOSED MOTION TO |
| | ) | CONTINUE TRIAL |
| VALERIE ROSE UNGER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the Defendant, Valerie Unger, by and through her attorney, Andrew J. Lambert of KALAMARIDES & LAMBERT, and hereby moves this court for an order continuing the trial date in the above-captioned matter. This motion is supported by the affidavit of Randall S. Cavanaugh attached hereto.

DATED this 12th day of October, 2006, at Anchorage, Alaska.

             KALAMARIDES & LAMBERT
             Attorneys for Defendant

By:  /s/ Andrew J. Lambert
    Andrew J. Lambert, ABA #8606027
    KALAMARIDES & LAMBERT
    711 H Street, Suite 450
    Anchorage, AK 9951
    P: (907) 276-2135
    F: (907- 278-8514
    E: andrewj@kalamarides.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 12th day of October, 2006, on:

Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

 /s/ Andrew J. Lambert
  Kalamarides & Lambert

USA v. Valerie Rose Unger
Case No. 3:06-cr-00065-RRB
Page 2

F:\Cases\Unger-Valerie\continue trial.mtn.wpd