Andrew J. Lambert
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E: andrewj@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:06-cr-00065-RRB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | AFFIDAVIT OF |
| | ) | RANDALL S. CAVANAUGH |
| VALERIE ROSE UNGER, | ) | IN SUPPORT OF NON-OPPOSED |
| | ) | MOTION TO CONTINUE TRIAL |
| Defendant. | ) | |
| | ) | |

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

Randall S. Cavanaugh, being first duly sworn upon oath, deposes and states:

1. I work for the attorney for the Defendant in the above-captioned matter.

2. On October 11, 2006, Mr. Lambert received the appointment of CJA counsel.

3. Mr. Lambert has not received any discovery regarding the case.

4. Mr. Lambert will be out of the State of Alaska attending his mother's 86th Birthday from October 18, 2006 to October 25, 2006.

5. Counsel will be unavailable due to family vacation from December 22, 2006 to January 1, 2007.

6. I spoke to Ms. Randall with the Assistant US Attorney's Office and she non-opposes the continuance of the trial date.

7. Due to the above reasons, counsel is respectfully requesting that the trial date in the above-captioned matter be continued to a date for late January 2007.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Randall S. Cavanaugh

SUBSCRIBED AND SWORN to before me this 12th day of October, 2006, at Anchorage, Alaska.

Print Name: ___Cynthia L. Boyovich___
Notary Public in and for Alaska
My Commission Expires: ___04/26/2010___

USA v. Valerie Rose Unger
Case No. 3:06-cr-00065-RRB
Page 2
F:\Cases\Unger-Valerie\continue trial.aff.wpd

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 12th day of October, 2006, on:

Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

    /s/ Andrew J. Lambert
    Kalamarides & Lambert