## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u>  UNGER  </u>

DATE: <u>   October 13, 2006   </u>   CASE NO.   <u>   3:06-CR-0065-RRB   </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

---

The October 16, 2006, trial date in this matter was vacated by Chief Judge Sedwick at the hearing regarding defense counsel held on October 10, 2006. A trial rescheduling conference will be held on **Friday, October 20, 2006,** at **8:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING