Andrew J. Lambert
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E: andrewj@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:06-cr-00065-RRB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MOTION TO CONTINUE |
| | ) | OCTOBER 20, 2006 HEARING |
| VALERIE ROSE UNGER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the Defendant, Valerie Unger, by and through her attorney, Andrew J. Lambert of KALAMARIDES & LAMBERT, and hereby moves this court for an order continuing October 20, 2006 hearing in the above-captioned matter. This motion is supported by the affidavit of counsel attached hereto.

DATED this 13th day of October, 2006, at Anchorage, Alaska.

KALAMARIDES & LAMBERT
Attorneys for Defendant

By:      /s/ Andrew J. Lambert
Andrew J. Lambert, ABA #8606027
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E: andrewj@kalamarides.com


CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5,
that the font used in the aforementioned documents was
Times New Roman 13 point.  I further certify that a true and
correct copy of the foregoing was served via **electronic mail**
this 13th day of October, 2006, on:

Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

   /s/ Andrew J. Lambert
Kalamarides & Lambert


USA v. Valerie Rose Unger
Case No. 3:06-cr-00065-RRB
Page 2
F:\Cases\Unger.Valerie\continue brg.mtn.wpd