Andrew J. Lambert
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E: andrewj@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                          )<br>                          Plaintiff,      )<br>                                                          )<br>v.                                                     )<br>                                                          )<br>VALERIE ROSE UNGER,                   )<br>                                                          )<br>                          Defendant.    )<br>_____) | Case No. 3:06-cr-00065-RRB<br><br>PROPOSED ORDER<br>MOTION TO CONTINUE<br>OCTOBER 20, 2006 HEARING |

**IT IS HEREBY ORDERED** that the October 20, 2006 hearing is **GRANTED**.

The October 20, 2006 hearing has been rescheduled for _____, 2006 at

_____ a.m. / p.m. before Honorable Ralph Beistine.

ENTERED this _____ day of _____, 2006, at Anchorage, Alaska.

_____
RALPH R. BEISTINE
U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 13th day of October, 2006, on:

Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

   /s/ Andrew J. Lambert
    Kalamarides & Lambert

USA v. Valerie Rose Unger
Case No. 3:06-cr-00065-RRB
Page 2
F:\Cases\Unger-Valerie\continue hrg.ord.wpd