Andrew J. Lambert
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E: andrewj@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>        v.                        )<br>                                  )<br> VALERIE ROSE UNGER,              )<br>                                  )<br>            Defendant.            )<br>_____ ) | Case No. 3:06-cr-00065-RRB<br><br>AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION TO CONTINUE OCTOBER 20, 2006 HEARING |

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

Andrew J. Lambert, being first duly sworn upon oath, deposes and states:

1.   I am the attorney for the Defendant in the above-captioned matter.

2.   On October 13, 2006, counsel received a copy of Ms. Unger's file from the Federal Public Defender's Office.

3. Mr. Lambert will be at a family reunion in Missouri attending his mother's 86th Birthday from October 18, 2006 to October 25, 2006. This has been planned for some time and counsel has already purchased tickets.

4. Due to the above reasons, counsel is respectfully requesting that the October 20, 2006 hearing be continued to the first available date after October 25, 2006.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Andrew J. Lambert

SUBSCRIBED AND SWORN to before me this 13th day of October, 2006, at Anchorage, Alaska.



_____
Print Name:  Cynthia L. Boyovich
Notary Public in and for Alaska
My Commission Expires: 04/26/2010

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 13th day of October, 2006, on:

Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

   /s/ Andrew J. Lambert
    Kalamarides & Lambert