Andrew J. Lambert
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E: andrewj@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:06-cr-00065-RRB |
| Plaintiff, ) | |
| ) | |
| v. ) | ERRATA TO |
| ) | MOTION TO CONTINUE |
| VALERIE ROSE UNGER, ) | OCTOBER 20, 2006 HEARING |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the Defendant, Valerie Unger, by and through her attorney, Andrew J. Lambert of KALAMARIDES & LAMBERT, and hereby amends the Affidavit of Counsel in Support of Motion to Continue October 20, 2006 Hearing. The affidavit inadvertently stated that counsel will be in Missouri, and it should have stated Kansas City, Kansas.

DATED this 16th day of October, 2006, at Anchorage, Alaska.

          KALAMARIDES & LAMBERT
          Attorneys for Defendant

By:   /s/ Andrew J. Lambert
      Andrew J. Lambert, ABA #8606027
      KALAMARIDES & LAMBERT
      711 H Street, Suite 450
      Anchorage, AK 9951
      P: (907) 276-2135
      F: (907- 278-8514
      E: andrewj@kalamarides.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 16th day of October, 2006, on:

Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

   /s/ Andrew J. Lambert
    Kalamarides & Lambert