NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00065-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NON-OPPOSITION TO MOTION** |
| vs. | ) | **TO CONTINUE OCTOBER 20, 2006** |
| | ) | **HEARING** |
| VALERIE ROSE UNGER, | ) | |
| | ) | *Filed on shortened time* |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States to inform the court that it is not opposed to a continuance of the October 20, 2006 hearing until the first available date after October 25, 2006, due to the absence of defense counsel from the District of Alaska between October 18 and October 25, 2006.

//   //


//   //

RESPECTFULLY SUBMITTED this 16th day of October, 2006.

NELSON P. COHEN
United States Attorney


 s/ Retta-Rae Randall
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov


**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing was served on Andrew J. Lambert on October 16, 2006.


s/ Retta-Rae Randall
Office of the U.S. Attorney