UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u>  UNGER  </u>

DATE:  <u>  October 16, 2006  </u>    CASE NO.   <u>  3:06-CR-0065RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING HEARING**

---

Due to the unavailability of defense counsel, the trial scheduling conference set in this matter for October 20, 2006, is **RESCHEDULED** and will be held on **Thursday, October 26, 2006,** at **8:15 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RESCHEDULING HEARING