MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. VALERIE ROSE UNGER   CASE NO. 3:06-CR-00065-RRB
Defendant: X Present   X On Bond

BEFORE THE HONORABLE:            RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:           CAROLINE EDMISTON

UNITED STATES' ATTORNEY:         RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY:            ANDREW LAMBERT

PROCEEDINGS: TRIAL SETTING CONFERENCE Held 10/26/06:
-----------------------------------------------
At 8:18 a.m. court convened.

Court and counsel heard re defendant's non-appearance; defendant showed up late.

Court and counsel heard re Trial Setting Conference.

Final Pretrial Conference set **November 28, 2006 at 1:00 p.m.**

Trial by Jury set **December 5, 2006 at 8:30 a.m.**

At 8:30 a.m. court adjourned.

DATE:     October 26, 2006     DEPUTY CLERK'S INITIALS:     Ce