NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-0065-RRB |
| | ) | |
| Plaintiff, | ) | MOTION TO TAKE |
| | ) | VIDEOTAPED DEPOSITION |
| vs. | ) | PURSUANT TO FED. R. CRIM. |
| | ) | P. 15(a) |
| VALERIE ROSE UNGER, | ) | |
| | ) | **On Shortened Time** |
| Defendant. | ) | |
| | ) | |
| | ) | |

Pursuant to Rule 15(h) of the Federal Rules of Criminal Procedure, the United States requests this court to order that a videotaped deposition be taken to preserve the testimony for trial of a witness who is a foreign national residing outside of the United States.  This motion is made because of exceptional circumstances and in the interest of justice.

## FACTUAL BACKGROUND

Valerie Rose Unger ("Unger") is presently charged by Indictment with a violation of Title 18 U.S.C. §513(a), in that between on or about May 31, 2006, and on or about June 2, 2006, she did knowingly utter and possess a counterfeit security, namely, a $150,000.00 check made payable to "Valerie Unger". The counterfeit check was of the Supreme Tooling Group, an organization, as that term is defined in 18 U.S.C. § 513(c)(4). Supreme Tooling Group is a subsidiary of ABC Group in Toronto, Ontario, and operates in foreign commerce. James Augustine is the Pursory Manager of ABC Group. In addition to other subject matter, he will testify that his company does business in foreign commerce, and that the check possessed by Unger was not a genuine check of Supreme Tooling Group.

Mr. Augustine was available to appear at the trial previously scheduled for October 16, 2006. The trial date was continued until December 5, 2006, because Unger requested new counsel. Mr. Augustine is not available for that trial date, but can appear for a deposition in Anchorage on Wednesday, November 15, 2006. Defense counsel has been notified of this date for the proposed deposition and has already received all discovery pertaining to Mr. Augustine. Defense counsel has yet to respond to the communications from the government about this issue.

Because Mr. Augustine is a foreign national, the United States does not have subpoena power over him; but as a representative of the victim company in this case, he is wishing to cooperate to the greatest extent possible. Because of personal and professional responsibilities, Mr. Augustine, who was available for the previous trial date of October 16, 2006, can now be present on November 15, 2006, for a videotaped deposition.  He will be physically present for cross-examination by defense counsel, allowing a face-to-face meeting with the defendant.

Therefore, the government also requests that Unger, who is on pretrial release, be ordered to appear at the deposition to be scheduled on November 15, 2006.  If she does not appear - absent good cause - she will be deemed to have waived her right to confrontation under the Sixth Amendment of the United States Constitution and her right to any objection to the taking and use of the deposition.

## CONCLUSION

For the reasons set forth above, the United States respectfully requests that this Court enter an order authorizing the United States to take a videotaped deposition of witness James Augustine on November 15, 2006, in order to preserve his testimony for trial, with the time of the taking of the deposition to be agreed to by the parties. The United States also requests that defendant Unger be ordered to appear at the

deposition, with any failure to appear, absent good cause, constituting a waiver of her rights to confrontation under the Sixth Amendment of the United States Constitution and to any objection to the taking and use of the deposition.

RESPECTFULLY submitted this 3rd day of November, 2006, at Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/ Retta-Rae Randall
>Assistant U.S. Attorney
>222 W. 7th Avenue, #9, Room 253
>Anchorage, Alaska 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>Email: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing was served on Andrew J. Lambert on November 3, 2006.

s/ Retta-Rae Randall
Office of the U.S. Attorney