IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-00065-RRB |
| | ) | |
| Plaintiff, | ) | <u>(PROPOSED) ORDER GRANTING</u> |
| | ) | <u>MOTION TO TAKE VIDEOTAPED</u> |
| v. | ) | <u>DEPOSITION PURSUANT TO</u> |
| | ) | <u>FED.R.CRIM.P.15(a)</u> |
| VALERIE ROSE UNGER, | ) | |
| | ) | **On Shortened Time** |
| Defendant. | ) | |
| | ) | |

Because of exceptional circumstances and in the interest of justice, the government's Motion to Take Videotaped Deposition Pursuant to Fed. R.Crim. P. 15(a) on November 15, 2006, is hereby GRANTED/DENIED.

It is also ORDERED/DENIED that defendant VALERIE ROSE UNGER appear at the deposition, with any failure to appear, absent good cause, being deemed a waiver by her of her right to confrontation pursuant to the Sixth Amendment of the Constitution of the United States of America as well as a waiver to any objection by her to the taking and use of the deposition.

IT IS SO ORDERED.

Dated: _____        _____
United States District Court Judge