NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-00065-RRB |
|---|---|---|
| Plaintiff, | ) ) ) ) | **AFFIDAVIT OF** |
| vs. | ) | **RETTA-RAE RANDALL** |
| VALERIE ROSE UNGER, | ) ) ) | |
| Defendant. | ) ) | |

STATE OF ALASKA              )
                             ) ss.
THIRD JUDICIAL DISTRICT )

      I, RETTA-RAE RANDALL, being first duly sworn upon oath, deposes and states as follows:

  1. I am the Assistant United States Attorney assigned to this case.

  2. All of the representations contained in the attached Government's Motion To Take Videotaped Deposition Pursuant to Fed. R. Crim. P. 15(a) are true and correct to the best of my knowledge.

  FURTHER AFFIANT SAYETH NAUGHT.

Dated: 11/3/06

_____
RETTA-RAE RANDALL

  SUBSCRIBED AND SWORN TO before me this 3rd day of November, 2006, Anchorage, Alaska.

_____
Notary Public in and for Alaska
My Commission Expires: 5/16/08