UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

 USA  v.  VALERIE ROSE UNGER 

DATE:  November 3, 2006    CASE NO.   3:06-CR-0065-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE MOTION TO TAKE VIDEOTAPED DEPOSITION**

---

Defendant has until **Wednesday, November 8, 2006, at noon,** to file a response to Plaintiff's Motion to Take Videotaped Deposition filed at Docket 29.

M.O. RE DOCKET 29