Andrew J. Lambert
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E: andrewj@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:06-cr-00065-RRB |
| Plaintiff, ) | |
| ) | |
| v. ) | NON-OPPOSED MOTION |
| ) | TO TAKE VIDEOTAPED |
| VALERIE ROSE UNGER, ) | DEPOSITION PURSUANT TO |
| ) | FED. R. CRIM. P. 15(a) |
| Defendant. ) | |
| ) | |

COMES NOW the Defendant, Valerie Unger, by and through her attorney, Andrew J. Lambert of KALAMARIDES & LAMBERT, and hereby non-opposes the United State's Motion to Take Videotaped Deposition.

Counsel requests that the there be a mutually agreed upon time on November 15, 2006 for the deposition as counsel has another commitment on November 15, 2006.

DATED this 7th day of November, 2006, at Anchorage, Alaska.

            KALAMARIDES & LAMBERT
            Attorneys for Defendant

  By:  /s/ Andrew J. Lambert
      Andrew J. Lambert, ABA #8606027
      KALAMARIDES & LAMBERT
      711 H Street, Suite 450
      Anchorage, AK 9951
      P: (907) 276-2135
      F: (907- 278-8514
      E: andrewj@kalamarides.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 7th day of November, 2006, on:

Retta-Rae Randall
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

 /s/ Andrew J. Lambert
  Kalamarides & Lambert

USA v. Valerie Rose Unger
Case No. 3:06-cr-00065-RRB
Page 2

F:\Cases\Unger-Valerie\depo video shorten time non-opp.mm.wpd