Andrew J. Lambert
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E: andrewj@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:06-cr-00065-RRB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PROPOSED ORDER FOR |
| | ) | MOTION TO TAKE VIDEOTAPED |
| VALERIE ROSE UNGER, | ) | DEPOSITION PURSUANT TO |
| | ) | FED. R. CRIM. P. 15(a) |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY ORDERED** that the State's Motion to Take Videotaped Deposition Pursuant to Fed. R. Crim. P. 15(a) is **GRANTED**. The deposition shall be scheduled at a mutually agreed upon time for both counsel.

ENTERED this _____ day of November, 2006, at Anchorage, Alaska.

_____
U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 7th day of November, 2006, on:

Retta-Rae Randall
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

   /s/ Andrew J. Lambert
    Kalamarides & Lambert

USA v. Valerie Rose Unger
Case No. 3:06-cr-00065-RRB
Page 2
F:\Cases\Unger-Valerie\depo video shorten time non-opp.ord.wpd