Andrew J. Lambert
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E: andrewj@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>Plaintiff,   )<br>  )<br>v.   )<br>  )<br>VALERIE ROSE UNGER,   )<br>  )<br>Defendant.   )<br>_____ ) | Case No. 3:06-cr-00065-RRB<br><br>~~PROPOSED~~ ORDER FOR<br>MOTION TO TAKE VIDEOTAPED<br>DEPOSITION PURSUANT TO<br>FED. R. CRIM. P. 15(a) |

**IT IS HEREBY ORDERED** that the State's Motion to Take Videotaped Deposition Pursuant to Fed. R. Crim. P. 15(a) is **GRANTED**. The deposition shall be scheduled at a mutually agreed upon time for both counsel.

ENTERED this ___7___ day of November, 2006, at Anchorage, Alaska.

/s/ RALPH R BEISTLINE
U.S. DISTRICT COURT JUDGE