Andrew J. Lambert
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E: andrewj@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VALERIE ROSE UNGER, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 3:06-cr-00065-RRB <br><br> NOTICE OF INTENT TO <br> CHANGE PLEA <br> (On Shortened Time) |

COMES NOW the Defendant, Valerie Unger, by and through her attorney, Andrew J. Lambert of KALAMARIDES & LAMBERT, and notifies this court of her intention to change her plea. Ms. Unger will plead guilty, as charged, with collateral stipulations that will be put on the record at the time of the plea.

Ms. Unger requests that the court vacate the final pretrial order conference currently scheduled for November 28, 2006 and trial currently scheduled for December 5, 2006. A date for the change of plea needs to be set before November 14, 2006 or the

United States will withdraw their plea offer. A Non-Opposed Motion to Set Change of Plea on shortened time has been filed contemporaneously.

DATED this 8th day of November, 2006, at Anchorage, Alaska.

                                                     KALAMARIDES & LAMBERT
                                                     Attorneys for Defendant

By:   /s/ Andrew J. Lambert
       Andrew J. Lambert, ABA #8606027
       KALAMARIDES & LAMBERT
       711 H Street, Suite 450
       Anchorage, AK 9951
       P: (907) 276-2135
       F: (907- 278-8514
       E: andrewj@kalamarides.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 8th day of November, 2006, on:

Retta-Rae Randall
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

   /s/ Andrew J. Lambert
    Kalamarides & Lambert

USA v. Valerie Rose Unger
Case No. 3:06-cr-00065-RRB
Page 2

F:\Cases\Unger-Valerie\Change of Plea ntc.wpd