Andrew J. Lambert
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E: andrewj@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:06-cr-00065-RRB |
| Plaintiff, ) | |
| ) | |
| v. ) | NON-OPPOSED MOTION |
| ) | TO SET CHANGE OF PLEA |
| VALERIE ROSE UNGER, ) | (On Shortened Time) |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the Defendant, Valerie Unger, by and through her attorney, Andrew J. Lambert of KALAMARIDES & LAMBERT, and hereby moves this court for an order to schedule a change of plea in the above-captioned matter on shortened time. This motion is supported by the affidavit of counsel attached hereto.

DATED this 8th day of November, 2006, at Anchorage, Alaska.

                                                    KALAMARIDES & LAMBERT
                                                    Attorneys for Defendant

By:   /s/ Andrew J. Lambert
       Andrew J. Lambert, ABA #8606027
       KALAMARIDES & LAMBERT
       711 H Street, Suite 450
       Anchorage, AK 9951
       P: (907) 276-2135
       F: (907- 278-8514
       E: andrewj@kalamarides.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 8th day of November, 2006, on:

Retta-Rae Randall
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

   /s/ Andrew J. Lambert
    Kalamarides & Lambert

USA v. Valerie Rose Unger
Case No. 3:06-cr-00065-RRB
Page 2

F:\Cases\Unger-Valerie\Change of Plea shortened.mtn.wpd