Andrew J. Lambert
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E: andrewj@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 3:06-cr-00065-RRB |
| Plaintiff, | ) | |
| | ) | PROPOSED ORDER |
| v. | ) | NON-OPPOSED MOTION |
| | ) | TO SET CHANGE OF PLEA |
| VALERIE ROSE UNGER, | ) | (On Shortened Time) |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY ORDERED** that the Defendant's Non-Opposed Motion to Set Change of Plea on shortened time is **GRANTED**. The Change of Plea hearing is scheduled for November ____, 2006 at _____ a.m. / p.m.

ENTERED this _____ day of November, 2006, at Anchorage, Alaska.

_____
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point.  I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 8th day of November, 2006, on:

Retta-Rae Randall
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

   /s/ Andrew J. Lambert
     Kalamarides & Lambert

USA v. Valerie Rose Unger
Case No. 3:06-cr-00065-RRB
Page 2

F:\Cases\Unger-Valerie\Change of Plea shortened.ord.wpd