Andrew J. Lambert
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E: andrewj@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:06-cr-00065-RRB |
| Plaintiff, | ) | |
| | ) | AFFIDAVIT OF COUNSEL |
| v. | ) | IN SUPPORT OF |
| | ) | NON-OPPOSED MOTION TO |
| VALERIE ROSE UNGER, | ) | SET CHANGE OF PLEA |
| | ) | (On Shortened Time) |
| Defendant. | ) | |
| _____ | ) | |

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

   Andrew J. Lambert, being first duly sworn upon oath, deposes and states:

   1.  I am the attorney for the Defendant in the above-captioned matter.

   2.  There is an agreement between U.S. and Ms. Unger to change her plea to the charge in the indictment.

3. There is a deposition currently scheduled for November 15, 2006 at 11:00 a.m. for the U.S. to depose their material witness. The witness will be flying on November 14, 2006 from Canada to the United States.

4. The change of plea needs to be completed prior to November 14, 2006 or the U.S. will withdraw the plea offer due to the fact that their witness will have made the trip for the deposition.

5. Counsel spoke with Assistant U.S. Attorney, Retta-Rae Randall and she non-opposes this Motion to Set Change of Plea on shortened time.

6. This motion is brought in good faith and not to harass or delay this matter.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Andrew J. Lambert

SUBSCRIBED AND SWORN to before me this 8th day of November, 2006, at Anchorage, Alaska.



_____
Print Name: ___Cynthia L. Boyovich___
Notary Public in and for Alaska
My Commission Expires: ___04/26/2010___

USA v. Valerie Rose Unger
Case No. 3:06-cr-00065-RRB
Page 2
F:\Cases\Unger-Valerie\Change of Plea shortened.aff.wpd

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 8th day of November, 2006, on:

Retta-Rae Randall
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

/s/ Andrew J. Lambert
Kalamarides & Lambert