Andrew J. Lambert
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E: andrewj@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:06-cr-00065-RRB |
| Plaintiff, | ) | |
| | ) | ~~PROPOSED~~ ORDER |
| v. | ) | NON-OPPOSED MOTION |
| | ) | TO SET CHANGE OF PLEA |
| VALERIE ROSE UNGER, | ) | (On Shortened Time) |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY ORDERED** that the Defendant's Non-Opposed Motion to Set Change of Plea on shortened time is **GRANTED**. The Change of Plea hearing is scheduled for November 13, 2006 at 10:00 a.m. p.m.

ENTERED this 9 day of November, 2006, at Anchorage, Alaska.

\s\ RRB
_____
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE