MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs __VALERIE ROSE UNGER__   CASE NO. _3:06-CR-00065-RRB_
Defendant: _X_ Present   _X_ On Bond

BEFORE THE HONORABLE   __RALPH R. BEISTLINE__

DEPUTY CLERK/RECORDER:   __SUZANNETTE LUCERO__

UNITED STATES ATTORNEY:   __RETTA-RAE RANDALL__

DEFENDANT'S ATTORNEY:   __ANDREW LAMBERT__

U.S.P.O.:   __SCOTT KELLEY__

PROCEEDINGS: PROPOSED CHANGE OF PLEA HELD 11/13/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:06 a.m. court convened.

_X_ Defendant sworn.

_X_ Defendant advised of general rights.

_X_ Defendant advised of charges and penalties.

_X_ Defendant states true name: __VALERIE UNGER__   Age: __22__

_X_ Defendant changed plea(s) to guilty on Count _1 of the Indictment._

_X_ Court accepted plea(s).  _X_ Referred to P.O. for presentence report.

_X_ Imposition of Sentence set for   **1/25/07 at 10:30 a.m.**

_X_ OTHER:   Pretrial Conference previously set for 11/28/06 at 1:00 p.m. is **VACATED**.  Trial by Jury previously set for 12/05/06 at 8:30 a.m. is **VACATED**.  Defendant's bail conditions remain as previously set.

At 10:29 a.m. court adjourned.

DATE: _November 13, 2006_   DEPUTY CLERK'S INITIALS:   __SCL__

05/00