Andrew J. Lambert
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E: andrewj@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | Case No. 3:06-cr-00065-RRB |
| Plaintiff,   ) | |
| ) | |
| v.   ) | OBJECTIONS TO PSR |
| ) | |
| VALERIE ROSE UNGER,   ) | |
| ) | |
| Defendant.   ) | |
| _____) | |

COMES NOW the Defendant, Valerie Unger, by and through her attorney, Andrew J. Lambert of KALAMARIDES & LAMBERT, and hereby objects to portions of the PSR. The objections correspond to the paragraphs in the pre-sentence report. Ms. Unger has not had the chance to review the report with counsel due to transportation.

(5)   Ms. Unger will not be prosecuted by the State of Alaska for other criminal acts as set forth at the change of plea.

(25) It should be noted that Nathan Porterfield is currently pending state charges for felony forgery. 3AN-06-5734 Cr. It is clear she was under his influence as to this matter and was in fact encouraging her to commit the crime. He was "backing her up" and the money was going to go into his account.

(46) While this is correct as a matter of law, it over states the criminality of Ms. Unger. It is clear it was a legal and factual impossibility that the checks would be honored.

(58) Hindering should not counted under USSG 4A1.2(c)(1)(B). There should be no criminal history point. It is excluded by statute.

(59) This should not be counted. Disorderly conduct is disallowed under USSG 4A1.2(c)(1)(B). There should be no criminal history point. It is excluded by statute

(62) This should not be counted. Disorderly conduct is disallowed under USSG 4A1.2(c)(1)(B). There should be no criminal history point. It is excluded by statute

(63) There should be criminal history points of 3 for the removal of the disorderly conduct points. She should be a criminal history of II. The charges clearly overstate her criminality.

(70) The State charges have been dismissed.

(102) With a criminal history of II, Ms. Unger is looking at 15-18 months. It is believed that her criminal history was over stated given that two of her points were based

on conduct that occurred when she was 13 years old. It is not unusual for someone that was a victim of sexual abuse to later abuse others if not treated. Because she has not been charged with any other sexual misconduct, it is clear that the issues surrounding her sexual abuse that occurred when she was 13 have been addressed. The two points for her juvenile conduct should not be given weight.

(118) The court should view a mental health departure for Ms. Unger. While mental health downward departures are discouraged (USSG 5H1.3), the court is obligated to take her mental health into account at sentencing. 18 U.S.C. 3553(a)  In the present offense, clearly she was delusional if she thought such checks could be passed. This position is supported by her statements that she would be going to Canada for a "new start".

The statements of the PRS writer supports this contention also. Ms. Unger has had mental health issues since age 6. (P: 80) She was under the care of Dr. Matsutani. (P: 81) her poor mental health continued at M.Y.C. as she was unable to comport herself accordingly. It was to the point she was placed in the closed treatment unit. The closed treatment unit is for the youths with the most issues.

The court should consider the impact on the family also. Ms. Unger is going to be losing time with her child. Since she is a single parent, this going to impact the family greatly.

USA v. Valerie Rose Unger
Case No. 3:06-cr-00065-RRB
Page 3
F:\Cases\Unger-Valerie\PSR objection.mtn.wpd

DATED this 2nd day of January, 2007, at Anchorage, Alaska.

                KALAMARIDES & LAMBERT
                Attorneys for Defendant

By:   /s/ Andrew J. Lambert
       Andrew J. Lambert, ABA #8606027
       KALAMARIDES & LAMBERT
       711 H Street, Suite 450
       Anchorage, AK 9951
       P: (907) 276-2135
       F: (907- 278-8514
       E: andrewj@kalamarides.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 2nd day of January, 2007, on:

Retta-Rae Randall
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

Service by Mail on 01/02/07:

Scott Kelley
Sr. U.S. Probation / Pretrial Services Officer
222 W. 7th Ave #48, Rm #168
Anchorage, AK 99513

   /s/ Andrew J. Lambert
   Kalamarides & Lambert

USA v. Valerie Rose Unger
Case No. 3:06-cr-00065-RRB
Page 4