**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  USA  </u>  v.  <u>  UNGER  </u>

DATE:  <u>  January 16, 2007  </u>     CASE NO.   <u>  3:06-CR-0065-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:     **MINUTE ORDER FROM CHAMBERS
RESCHEDULING HEARING**

---

Due to judicial scheduling conflicts, the sentencing set in this matter for January 25, 2007, is **RESCHEDULED** and will be held on **Tuesday, January 23, 2007,** at **11:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RESCHEDULING HEARING