NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:06-cr-00065-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SENTENCING** |
| vs. | ) | **MEMORANDUM OF THE** |
| | ) | **UNITED STATES** |
| VALERIE ROSE UNGER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States files with the court its sentencing memorandum in the above captioned case pursuant to Local Criminal Rule 32.1(d)(1), for the Imposition of Sentence now scheduled for January 23, 2007, at 11:00 a.m.  The United States has no disagreements with the final revised presentence report dated January 9, 2007.

I.   **OFFENSE CONDUCT**

The defendant Valerie Rose Unger ("Unger") has pled guilty to Count 1 of an Indictment charging her with uttering and possessing a counterfeited security in violation of Title 18 U.S.C. §513(a). Unger presented the check - Cheque No. 67917, in the amount of $150,000, drawn on Canada Trust of Rexdale, Ontario, from Supreme Tooling Group of Toronto, Ontario, and made payable to Valerie Unger, 5740 Rocky Mountain Court, Anchorage, AK 99504, USA - to Money Mart, on May 31, 2006. An employee of Money Mart verified with ABC Group (the parent company of Supreme Tooling Group) that the check was fraudulent and Canada Trust stated that the account number was invalid.

This is not the first time Unger has tried to obtain money via theft and deception. In April 2005, she cashed several stolen checks with Denali Alaska Federal Credit Union in Anchorage obtaining $3,658.05 to which she was not entitled. In December, 2005, she cashed additional stolen checks with Money Mart.

In April 2006 Unger filed a false claim for unemployment insurance with the State of Alaska Department of Labor listing more dependent children than she had in order to be paid more unemployment than she was entitled. She was overpaid $1,724.00.

In May 2006, Unger attempted to deposit a cashiers check drawn on Eastern Financial Florida Credit Union (EFFCU) for $25,950.00 into her bank account with Denali Alaskan Federal Credit Union (DAFCU). This deposit came to the attention of bank management because of the previous stolen checks she had cashed. Unger was told that this check was counterfeit, would not be cashed, and would not be returned to her.

Upon receipt of a second counterfeit check, for $150,000, Unger returned to Money Mart. There is no evidence that Unger was "under the influence" of anyone while committing this crime; she planned how to cash the check and used Nathan Porterfield to assist her.

II. **ADVISORY SENTENCE CALCULATIONS PURSUANT TO PRESENTENCE REPORT (PSR)**.

Base Offense Level (2B1.1(a)(2))........................................ 6

    Amount of Loss (2B1.1(b)(1)(F))............................... +10

Total ............................................................................ 16

Adjustment For Acceptance of Responsibility........................... -3

Total Offense Level............................................................ 13

Criminal History Category. ................................................. IV

Advisory Sentencing Range. ............................. 24 - 30 months

### III. PLEA AGREEMENT.

There is no plea agreement in this case.

### IV. ISSUES OF DOWNWARD DEPARTURES and CRIMINAL HISTORY.

Unger is requesting downward departures based on Mental Health and Family Ties. Both of those departures are discouraged under the Sentencing Guidelines as "not ordinarily relevant" for purposes of a departure. USSG § 5H1.3 and 5H1.6, but may be considered for other purposes. There is no evidence that Unger is currently experiencing any mental health problems, or that she is receiving treatment for such. In addition, having children has not deterred her from committing crimes or being charged with Child Neglect. See PSR ¶71.

Unger's criminal history is increased by two points because at the time of committing the current offense she was on three years of probation for committing a previous offense - her fourth sentence of probation in two years. Many of her previous convictions involved the use of alcohol with resulting verbal and physical assaults upon the police. Her repeated offense conduct with repeated lenient treatment show a great risk for recidivism. Her criminal history category accurately represents the seriousness of her criminal history, the likelihood that she will and has continued to commit crimes, and a present need for incarceration.

V.  **SENTENCING RECOMMENDATION**.

Considering the number of offenses she has committed within a relatively short period of time with minimal jail time imposed, as well as being presented with numerous opportunities for probation and other treatment options, a lengthy jail sentence need to be imposed on Valerie Unger to not only deter her, but also others. The public needs to be protected from Unger. Any treatment programs needed by Unger can be provided by the Bureau of Prisons. The United States therefore requests:

(A) A sentence of 24 months in prison;

(B) Restitution to Denali Alaska Federal Credit Union in the amount of $3,658.05, to State of Alaska Department of Labor in the amount of $1,724.00, and to Money Mart in the amount of $850.00;

(C) No fine because of the amount of restitution due;

(D) A mandatory special assessment in the amount of $100;

(E) Three years of supervised release; and

(F) The requirement of third-party risk notification to present and future employers where Unger has financial responsibilities or access to money.

RESPECTFULLY SUBMITTED this 17th day of January, 2007, in Anchorage, Alaska.

      NELSON P. COHEN
      United States Attorney

      s/ Retta-Rae Randall
      Assistant U.S. Attorney
      Federal Building & U.S. Courthouse
      222 West Seventh Avenue, #9
      Anchorage, Alaska  99513-7567
      Phone: (907) 271-5071
      Fax: (907) 271-1500
      E-mail: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2007,
a copy of the foregoing was served
electronically on Andrew J. Lambert,
and was placed at the front desk of the
USAO for Scott E. Kelley
Senior U.S. Probation/Pretrial Services Officer.

s/Retta-Rae Randall