Andrew J. Lambert
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E: andrewj@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | Case No. 3:06-cr-00065-RRB |
| Plaintiff,   ) | |
| ) | |
| v.   ) | MOTION TO ACCEPT LATE FILED |
| ) | SENTENCING MEMORANDUM |
| VALERIE ROSE UNGER,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

COMES NOW the Defendant, Valerie Unger, by and through her attorney, Andrew J. Lambert of KALAMARIDES & LAMBERT, and hereby moves this court for an order accepting the late-filed sentencing memorandum. This motion is supported by the affidavit of counsel attached hereto.

DATED this 22nd day of January, 2007, at Anchorage, Alaska.

                                        KALAMARIDES & LAMBERT
                                      Attorneys for Defendant

By:   /s/ Andrew J. Lambert
         Andrew J. Lambert, ABA #8606027
         KALAMARIDES & LAMBERT
         711 H Street, Suite 450
         Anchorage, AK 9951
         P: (907) 276-2135
         F: (907- 278-8514
         E: andrewj@kalamarides.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 22nd day of January, 2007, on:

Retta-Rae Randall
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

   /s/ Andrew J. Lambert
    Kalamarides & Lambert