Andrew J. Lambert
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E: andrewj@kalamarides.com

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | Case No. 3:06-cr-00065-RRB |
| Plaintiff,     ) | |
| ) | PROPOSED ORDER FOR |
| v.     ) | MOTION TO ACCEPT LATE FILED |
| ) | SENTENCING MEMORANDUM |
| VALERIE ROSE UNGER,     ) | |
| ) | |
| Defendant.     ) | |
| ) | |

**IT IS HEREBY ORDERED** that the Defendant's Motion to Accept Late Filed Sentencing Memorandum is **GRANTED**.

ENTERED this _____ day of January, 2007, at Anchorage, Alaska.

_____
HON. RALPH R. BEISTLINE

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 22nd day of January, 2007, on:

Retta-Rae Randall
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

   /s/ Andrew J. Lambert
    Kalamarides & Lambert

USA v. Valerie Rose Unger
Case No. 3:06-cr-00065-RRB
Page 2

F:\Cases\Unger-Valerie\sent memo late filed.ord.wpd