Andrew J. Lambert
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E: andrewj@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VALERIE ROSE UNGER, )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:06-cr-00065-RRB<br><br>AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION TO ACCEPT LATE FILED SENTENCING MEMORANDUM |

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

  Andrew J. Lambert, being first duly sworn upon oath, deposes and states:

  1. I am the attorney for the Defendant in the above-captioned matter.

  2. Counsel was unable to file the defendant's sentencing memorandum due to the fact that the court changed the sentencing date and counsel leaving to California at the same time for a deposition in a workers' compensation case. Counsel did not return until January 23, 2007.

3. Based on the foregoing, it is respectfully requested that the court accept the defendant's late-filed sentencing memorandum.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Andrew J. Lambert

SUBSCRIBED AND SWORN to before me this 22nd day of January, 2007, at Anchorage, Alaska.



_____
Print Name:   Cynthia L. Boyovich
Notary Public in and for Alaska
My Commission Expires:   04/26/2010

CERTIFICATE OF SERVICE
The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 22nd day of January, 2007, on:

Retta-Rae Randall
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

   /s/ Andrew J. Lambert
      Kalamarides & Lambert

USA v. Valerie Rose Unger
Case No. 3:06-cr-00065-RRB
Page 2
F:\Cases\Unger-Valerie\sent memo late filed aff.wpd