Andrew J. Lambert
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E: andrewj@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 3:06-cr-00065-RRB |
| Plaintiff, | ) | |
| | ) | ~~PROPOS~~ED ORDER FOR |
| v. | ) | MOTION TO ACCEPT LATE FILED |
| | ) | SENTENCING MEMORANDUM |
| VALERIE ROSE UNGER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY ORDERED** that the Defendant's Motion to Accept Late Filed Sentencing Memorandum is **GRANTED**.

ENTERED this 22 day of January, 2007, at Anchorage, Alaska.

_____S/RRB_____
HON. RALPH R. BEISTLINE