```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.   VALERIE ROSE UNGER         CASE NO. 3:06-CR-00065-RRB
Defendant:  X Present    X On Bond

BEFORE THE HONORABLE:        RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:       SUZANNETTE LUCERO

UNITED STATES ATTORNEY:      RETTA-RAE RANDALL

DEFENDANTS ATTORNEY:         ANDREW LAMBERT

U.S.P.O.:                    SCOTT KELLEY

PROCEEDINGS: IMPOSITION OF SENTENCE HELD 1/23/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:01 a.m. court convened.

 X Notice of Appeal form given to defense counsel.

 X Court stated findings/reasons pursuant to sentencing
   guidelines.

 X Imprisonment for a period of   18 months on Count 1 of the
   Indictment.

 X Defendant placed on supervised release for a period of  3
   years under the usual terms and conditions with special
   conditions of supervised release as stated in the judgment.

 X Special Assessment $ 100.00 , due   immediately.

 X Restitution $ 6,232.05, to be paid to Denali Alaskan Federal
   Credit Union in the amount of $3,658.05, State of Alaska
   Department of Labor in the amount of $1,724.00 and Money Mart
   in the amount of $850.00.

 X Defendant remanded to the custody of the U.S. Marshal.

 X OTHER: Court and counsel heard re presentence report,
   sentencing recommendations; Court advised defendant of appeal
   rights; Payment coupon given to defendant.

At 11:26 a.m. court adjourned.

DATE:   January 23, 2007         DEPUTY CLERK'S INITIALS:   SCL