# CERTIFICATE OF COMPLETION

## *Choice and Change*

### 40 Hour Drug & Alcohol Education Program

presented to:

*Valerie Unger*

#15301-006
Federal Detention Center
SeaTac, WA
April 3, 2007

_____
C.G. Litsey, M.S.
Drug Treatment Specialist

_____
R. Lone, Ph.D.
Drug Abuse Program Coordinator



# Certificate of Completion

Valerie Unger

has successfully completed the

**PARENTING PROGRAM**
10 Hours

This certificate is hereby issued the 8th day of May 2007.

_____
Parenting Instructor

_____
Supervisor of Education

# Certificate of Completion

Presented to

## VALERIE UNGER

For successfully completing the 2 hour class:

## MONEY MANAGEMENT

April 2007

_____
Education Technician

_____
Supervisor of Education