IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT

| | |
|---|---|
| MUNICIPALITY OF ANCHORAGE, | ) |
| Plaintiff, | ) |
| vs. | ) |
| VALERIE ROSE UNGER<br>DOB: 10-24-1984 | ) |
| Defendant. | ) |
| | ) Case No. 3ANM 06-12985 Cr. |

NOTICE OF DISMISSAL

CHARGE:        COUNT I: CHILD NEGLECT – AMC 08.10.040.B.7 (001)

OFFENSE DATE:  October 21, 2006

APD#:          06-50822

ATN:           110582037

Pursuant to Alaska Criminal Rule 43(a), the Municipality of Anchorage, by and through its undersigned attorney, hereby dismisses the above-captioned case.

DATED this 21 day of March, 2007.

MUNICIPALITY OF ANCHORAGE
James N. Reeves
Municipal Attorney

By _____
Gary L. Poorman
Assistant Municipal Prosecutor
Alaska Bar Number 0609054

I certify that a true and correct copy of this document was served on _____
this 15 day of _____, 20 07
by _____
MUNICIPAL PROSECUTOR

Dis/km

hereby certify that this is a true and correct copy of the original on file in my office.
ATTEST:
By _____
      Clerk of the Trial Courts
      Deputy
Date: 4/4/07

MUNICIPALITY OF ANCHORAGE
Department of Law
Criminal Division
632 W. 6th Avenue
Suite 210
Anchorage, Alaska 99501
Telephone: 343-4250
Facsimile: 343-6689