**Admin. Remedy No. 448752-F1**
**Part B - Response**

This is in response to your above-referenced Request for
Administrative Remedy, received on April 10, 2007, wherein you
are requesting to be released to a Residential Re-entry Center
(RRC) prior to your release.  You also request to be placed with
your baby once born to be able to breast feed due to having no
family in the area.

A review of this matter reveals you were received at this
facility on February 12, 2007, for service of your 18-month term.
Your sentence computation has been completed and reflects you
have a projected release date of May 11, 2008, via Good Conduct
Time.  Your projected Pre-Release Preparation Date has been
calculated to be March 26, 2008, which is the earliest date we
are allowed to transfer you to an RRC.  Pursuant to 18 U.S.C.
3624 c, RRC placement for pre-release programming is limited to
the last 10% of the prison sentence being served, not to exceed
six months.  Although it is commendable for you to desire to be
with your newborn as long as possible and to breast feed the
baby, the imposition of your criminal sentence prevents what
amounts to a request to be released from prison prior to your
release date.  The Bureau of Prisons does not have the authority
to release an inmate due to family concerns.  If you are still
having difficulty finding an individual to assume custody of the
baby once it is born, we can contact Social Services to explore
temporary foster care until suitable arrangements can be made.

Accordingly, your request for Administrative Remedy is hereby
denied. If you are dissatisfied with this response, you may
appeal to the Western Regional Director.  Your appeal must be
received by the Regional Administrative Remedy Coordinator,
Federal Bureau of Prisons, Western Regional Office, 7950 Dublin
Blvd., 3rd Floor, Dublin, CA 94568, within twenty (20) calendar
days from the date of this response.


4/26/2007
_____
Date

_____
Robert J. Palmquist
Warden