FEDERAL DETENTION CENTER
Name: VALERIE UNGER
Reg # 15301-006  Unit: DA
P.O. Box 13900
Seattle, WA. 98198-1090

SEATTLE WA 981
23 APR 2007 PM 8 T

9951347300

US Fed. Court House - AK Dist.
Honorable Bristline
¢ US Attorney Ms. Leevaros Randall
222 W. 7th Ave
Anchorage, AK
99513

April 15, 2007, Monday

Dear Honorable Beistline & Ms. Retta Rae Randall,

Hello Your Honor. I have been contemplating my situation and I ask that you take the time to read my request and take my facts into consideration. Thank You, Sir.

I cannot express my remorse enough. I have made a definite commitment to my government, family & self to do everything in my power to be a law abiding citizen. I have strong family responsibilities to my toddler & my unborn, that both deserve a better life.

I have been involving myself in "Educational" groups w/in the facility. During my stay so far I have completed the Drug & Alcohol Education class (April 3, 2007) and I am involved in Parenting (expected to end May 8th, 2007). And I am signed up to do a Budget Class (expected starting 5-25-07).

Yet, Your Honor I feel as if I would have made a better self-improvement w/ Cook Inlet Tribal Council, Recovery Services. This is only a Detention Center there is not a treatment program here. I have been involved w/ CITC Treatment Program before 2005, I made progress. Yet, I was discharged due to scheduling conflict between my job & 10% treatment. I had 2 wks left. The lady that wrote my verification letter, Higina Rabanal (907-793-3443) has been my primary counselor since the 1st time. I want to be held accountable for my actions so I requested her, again.

I want to change my life, I will change my life, I have changed my life. Change starts w/in the ♡. And I have had a drastic change of ♡, Sir. I was wrong in all my criminal actions, and I take 110% responsibility for all the choices I made. I have wrote apology & remorse letters to ALL victims, in hopes you could help me get them to them. I don't have any resources to get their mailing address, to mail them.

I found out only 1 wk before sentencing I was pregnant. I do not have anyone to take my infant for long-term care. My mother-child bond with my infant is going to be highly negatively affected.

Which is actually confirmed in the footnotes of 321 Fed. Supp. 2nd Series, pages 1005-1006, Footnote #1 of U.S. vs. Eisinger. My child is unfortunately going to end up in Washington Child Custody as I am an Alaskan Resident. That is going to be difficult to receive my child back when I'm released, back to AK. "Research suggests that if the 'Mother-Child Bond is disrupted between 6 months - 4 years, a child's development may be greatly affected'." - Leda M. Poyman, *Cuffed Love: Do Prison Babies Ever Smile?*, 10 BUFF. Womens L.J. 46 (2001/2002) (Footnote cont. from pg. 1006 of Fed. Sup. 321 2nd Series) You See, Sir that quip affects my 21 month-old infant - With whom I have had a very strong bond w/ since birth through 1-23-07. I even breast fed for 6 months, both him and my 1st. (CITING American Medical Assoc., Council on Scientific Affairs, *Bonding Programs for Women Prisoners & Their Unborn Children*, report 3 (I-97)). "The consequences for these children are emotional as well as physical." See *Developments in Law Alternatives to Incarceration*, 111 Harv. L. Rev. 1921, 1930-31 (May 1998) (cont. citations from Fed. Sup. 321 Footnote #1 of U.S. vs. Eising page 1006). ("Infants will miss the critical time period for forming bonds w/ their mothers; this period of separation has serious developmental behavioral consequences. Infants of incarcerated mothers face unique physical deprivations as well, as separation of infants from their mothers prevents breastfeeding." See Also: Gordon G. Waggett & Rega Richardson Waggett, *Breast is Best: Legislation Supporting Breast Feeding is An Absolute Necessity - A Model Approach*, 6 MD. J. Contemp. L. Issues 71 (1995) (cont. citations from Fed. Sup. 321 2nd Edition pg. 1006. "Discussing health advantages of breastfeeding for child & mother as well as benefits of society."

Your Honor I am very supportive of breastfeeding and B.O.P. told me there is not any funding for the MINT program and it is being discontinued.

I am very angry w/ myself, I can only imagine how others feel about my actions. There is no excuse for my choices. Yes, I was wrong, I take full responsibility. Sir, if I was not pregnant w/ a toddler under 2 y/o depending on me I would only write you w/ my remorse. I deserve every minute of my sentence, yet my children don't.

I am willing to even go under oath and make a official commitment to be a law-abiding citizen, go to treatment pursuing self improvement, w/ CITC I.O.P, Southcentral Foundation / ANMC therapy, and pay restitution on a timely manner every month.

I ask for a <u>consideration</u> of a sentence departure be reviewed. I know what I request may be a high expectation. But, I was contemplating: 4 years probation instead of the 3 years I got, and 9 months incarceration instead of the 18 months I received, which would allow me to be eligible for the halfway house @ my 10% date of Aug 07. I would be able to have my baby C-section through AK Native Med. Ctr, which would be of <u>NO</u> cost to B.O.P. I am eligible for I.H.S (Indian Health Ser). I do not have anyone able to care long-term for my infant yet Corrie Pointer would be able to from birth to release w/ this sentence only. Which would allow me to remain in the halfway house to pump, freeze, & send breast milk home, during visiting @ halfway house, til my release (w/ this sentence) OCT 23, 2007. My baby would not have any detrimental affects w/ this short 3 wk separation. And I would favorably be allowed to continue to breast feed after this release date. Versus next May 08 my baby will be 7½ months suffering separation anxiety in Washington. And whenever I do get my baby back he/she will suffer from unstability & bonding w/ me for the 1st time. While I am released in Alaska, how will I maintain bonding & visitations. This is a horrible situation. Please I ask that you take my life & situation into deep consideration. I am at a point in my life where I have made a considerable

CHANGE. I WANT TO RESTORE THE LOSS THAT OTHERS EXPERIENCED BY MY UNHEALTHY CHOICES. I WANT TO produce a normal, law-abiding WAY OF life, AND RESTORE THE LOSS MY VICTIMS HAD, WHILE RAISING MY 2 SMALL CHILDREN.

IF YOU NEED REFERENCES HERE ARE 2 STATE WORKERS OF A CREDIBLE CHARACTER:

1) TIMOTHY JOHNSON (TANF Case Manager w/ CITC)
3600 San Jeronimo          #(907) 793-3352
ANCH, AK 99508      Direct:

2) HIGINA RABANAL (Prim Counselor Recovery Services w/ CITC)
3600 San Jeronimo          # 907-793-3443
Anch, AK 99508      Direct:

Thank you so much Sir, for your time. Thank you also, Ms. Randall for your time as well. I appreciate the ability to speak my requests to you. I pray that the Lord be with you in peace and bless you & your decision.

Thank You,

Sincerely,
Valerie Unger

P.S. I hope you both received my previous letters of remorse asking for forgiveness. I sent it to 222 W. 7th Ave though I pray it made it to you.

April 23, 2007

Dear Anchorage Police Dept,

Greetings, I am Valerie Unger, I am currently incarcerated at SeaTac. And I have some apologies I need to make. I do not remember the specific officers I committed my disrespectful actions on.

But, in 2004 I have disorderly conduct for spitting on an officer w/ a MCA. I was wrong and that was nasty and disrespectful, I was not appropriate for doing that. Being under the influence, under age is not an excuse. I am responsible for my behaviors.

In 2005 I have (Nov) a DUI w/ 2 DC's and one dropped. But, that does not excuse me from disrespecting that officer just because it was dropped. NO — I was wrong and I broke the law by drinking & driving. I deserve losing my liscence and I am responsible for what I did.

I am fully remorseful for all criminal actions I have committed. And being intoxicated is not an excuse it is a WARNING to me. And when I come home from my federal confinement I will be enrolling back into CITC intenswe outpatient treatment to make self-improvements and become a productive citizen as well as a sober mother.

I give you my word I am going to change my decisions & my life. I have been living disrespectfully to our state & goverment. And I am going to do better at every

thing I do. I will become a law-abiding citizen and restore all losses to all my victims.

Please forgive me.
I send my apologies, remorse, regrets for all my actions of disrespect to those officers and all others.

May the Lord be with you in peace.

Thank you

Sincerely,

Valerie Unger

April 23, 200_

Dear FBI Agency/AGENT LOADER,

Hello, I would like to take the time to apologize for my criminal actions. I have nobody to blame but myself. And I am fully responsible for all losses I have caused to my victims.

When I come home to Alaska I will become a law-abiding citizen and I am going to repay my victims. And I actually would like to thank you for nipping it early before it became a habit. Thank you, Thank you, Thank you!!!

You are to praise for this change in my life. Thank you for holding me 100% Accountable for my behaviors.

I am going to re-enroll in alcohol treatment and become a productive part of society & a sober mother to my toddler & my unborn.

I don't know where I GOT THE THOUGHT I deserved UNEARNED MONEY. NOW I am going to work EXTRA HARD NOW TO REPAY MY VICTIMS AND REBUILD MY LIFE. JUST LIKE EVERY HONEST CITIZEN DOES! YES.

I THOUGHT I WAS THE VICTIM ON PRE-TRIAL PROBATION. NOW THAT I HAD TIME TO CONTIMPLATE ALL MY ACTIONS AND VICTIMS. OH - HOW WRONG I WAS!!!
YOU HAVE MY WORD - NO MORE CRIMINAL ACTIONS.

I am GRATEFULL THAT I HAVE CHANGED MY HEART. I AM EAGER TO MAKE IT RIGHT.

Thank you.

Please forgive me.

I send my remorse, apologies & Regrets for all my criminal actions.

May the Lord's Peace remain w/ you and your Agency.

Sincerely,

Valerie Unga

April 23, 2007

Dear Denali Federal Credit Union,

Greetings, my name is Valerie Unger. I am writing to apologize for my actions. I had submitted closed-account checks that I cashed into my account.

I apologize. There is NOT any excuses for my actions. I am currently incarcerated and when I am released I will be in to develope a payment schedule. I apologize for depositing the $29,000 check into my account. I received it in the mail, regardless it was not my money.

I will do everything I can to restore your loss, while rebuilding my life after release. I will no longer attempt to commit any criminal actions. I will be a law-abiding citizen and work to be a productive citizen.

I must have caused a lot of problems within your business by my negative actions. I am very remorseful. And you have my word I will restore your loss.

I ask for your forgiveness.

I send my apologies, remorse & regrets of my actions. Thank you, may the Lord's peace remain with you.

Sincerely,

Valerie Unger

April 30, 2007

Dear Unemployment Insurance,

Hello, my name is Valerie Unger. And I have regretfully committed a fraudulent action towards your company. And as a woman & citizen I want to make this right.

I am currently incarcerated and upon my release I would enjoy setting up an appointment to complete a payment plan w/ your company.

I had added 2 extra dependents that were not living with me at the time. I am extremely remorseful of my negative impact of my actions. I regret EVER even THINKING that was ok. When I am released you can count on my counteractive actions of restoring your loss w/in your company. I will repay your company and I will become a productive, law abiding citizen and no longer attempt to commit ANY criminal actions.

I have probably caused your business to work overtime to restore your loss. And I will correct that w/ my payments & positive actions.

I ask for your dear forgiveness.

I send my apologies, remorse & regrets of my negative behavior & choices.

Thank you, may the Lord's peace remain with you.

Sincerely,
Valerie Unger

April 23, 2007

Dear Money Mart,

Hi, I am Valerie Unger. And I have some apologies I need to make with your company.

I brought a $150,000 Canadian check to your company on 6-1-06. I was very wrong for even thinking I deserved that money. And I lied and said I sold some patents for that money. I apologize, and I am very regretful of my decisions.

I had also cashed a $400 personal check in Dec 05. And upon my release I will restore your loss. I will need to set up a payment plan. And I will need to do more than pay you. I need to no longer commit any more criminal actions! I give you my word as a woman & citizen I will learn from my choices and turn my life around and become a productive citizen of society. I am 110% responsible for my situation and I give my full committments to change this negative situation, and turn it around for positive.

I ask for your forgiveness.

I send my apologies, regret, & remorse of my criminal actions. May the Lord's peace remain with you.

Sincerely,
Valerie Unger