FEDERAL DETENTION CENTER
Name: VALERIE UNGER
Reg # 15301006 Unit: DA
P.O. Box 13900
Seattle, WA. 98198-1090

JESUS LOVES YOU!!!

HONORABLE BEISTLINE
c/o FED. COURT HOUSE
222 W. 7TH AVE.
ANCHORAGE, AK
99513



April 11th, 2007

Dear Honor Beistline,

I am hopeful this letter found you on a good day, and I hope you had a good Easter.

I was pushed by my conscience to write you. I apologize for my attitude at court and failing to be open minded. I was unprepared and all I could (still do) think of was the look on my son's face when I left for court. He knew before I did.

I was misrepresented & misinformed. I was not told I would be able to speak at sentencing. Unprepared, I spoke anyways. I was told it was "possible" I could go to jail, but more than likely I'd have a remand date. That would enable me to finish treatment. I was caught off guard - I had a job interview after court at Subway, by my treatment @ CITC.

I deeply apologize for my criminal actions & my unethical behaviors. I have realized the depth of my lifestyle - it's wrong. I was influenced by the wrong people. But - it is my fault and I take full responsibility for my choices & actions. I am the only one to blame for my situation. Yet, I have 2 small children (3 - w/the one I'm carrying) to provide for and set an example to be a productive individual. It is my responsibility to change me, my life & situation.

I do not have any addictions. I chose to gamble w/ alcohol usage, and I shouldn't have. As my father says, "We're Native - we can't drink." (1)

I was rude at court — I apologize. I am very, very remorseful of my actions & choices. I will never encounter a situation of this nature again. I now know, more than ever, the extent of how wrong I was!!! I take responsibility 110% for my past, present and I choose to make a better future. I am actually excited to get back to my work and family. I am ready & willing to be a productive part of society by reaching higher grounds of accountability and pursuing my career in cosmotology. I come from a long line of successful entrepeneurs, that I have to look up to when I come home. I will never commit any crimes again. My name will never cross your desk again, unless I am updating you of my progress.

I just want to say "Thank you." I understand it has probably got to be hard to be a judge and making decisions w/o knowing each individual on a personal level. I commend you.

I have been a child of the Lord since I was 10, as my adult years came upon me I have fallen extremely short of His Glory. I have now learned to live more like Christ. For He came to serve, not be served. When I come home, I will have the mentality of a servant. What can I do for my family & community? Not — what can they do for me.

I ask for your understanding of my empathy & remorse. I wish I could get one more chance to prove myself to you, society, and my family. But

Mostly my children are my main focus. But, I believe God will come through and show me the reigns. I just would like to ask for your forgiveness? If to live right and make good choices is all I have to do to stay out of here: I WANT IT!!! Please forgive me? I was wrong.

I pray that the Lord may be w/ you & your family and bless you & your decision of forgiveness.

Sincerely,
Valerie Unger
(#15301-006)

P.S. I haven't even seen a doctor yet. And I have been continuing a health problem of fainting, from a previous back injury.

☆ The attached letter is what I've sent to BOP (Warden of FDC SeaTac), Regional Director, and BOP Director asking for more ½ way house time, or home confinement.

To whom it may Concern

Hello, my name is Valerie Unger (#15301006) I reside in Anchorage, Alaska; I am currently 22 years old and pregnant. I am at FDC SEATAC on possession of a counterfeit security. Before my current incarceration I was out on pre-trial probation for six and a half months. During that time I actively participated in IOP (intensive outpatient program) due to an alcohol related charge in 2005. I have no other convictions or addictions. I have custody of a two year old child and my four year old is with his father's family permanently.

I am requesting more halfway house time in my hometown. I would like to reside there until I deliver. After the birth of my baby I would like to actively request I be placed in home confinement status due to a necessary C-section and breastfeeding for my baby which is very important to me. I am an Alaskan Native and continue to be eligible for Native medical benefits through the Alaska Native medical Center located in Anchorage, Alaska. These services are at no cost to the State or the department of (BOP) corrections. These benefits will remain in affect for the duration of my pregnancy and stay at the halfway house. I have other health concerns regarding a previous back injury during a domestic violence situation in 2003. While I am pregnant my spinal cord receives pressure from the baby which, causes dizziness fainting and blackouts. This information is recorded in my home medical records. *I FAINTED ON 7-3-07.*

If granted this request, I would like to participate in a program offered by the Cook Inlet Tribal Council. This is a home-based program "New Beginnings" sponsored by Family Services a division of CITC. I participated in this program in 2005; they are able to perform weekly home visits and provide updates to other programs or organizations that require this type of information as a condition of my home confinement / halfway house eligibility. Another program that will assist me is continued parenting skills with documented recordings of children's growth this consist of active involvement of activities between parents and children. You may contact them directly at 907-793-3600, Cook Inlet Tribal Council, Family Services Department.

If I am unable to participate in home confinement I would like to request the ability to finish my sentence at the halfway house in Anchorage, this would allow me to pump freeze and send breast milk to the family member that will be caring for my baby until my release. I have no family in the States however; I have extensive family support willing to assist me in my endeavor. The baby's father Anthony Rosemon also lives in Anchorage and is unable financially to make the trip from Alaska to get the baby.

CITC is aware of my situation and familiar with me personally as I was actually participating in weekly sessions of career development, job search, computer access and IOP. At this time they are the strongest vessel of support for success before and

after release. As I stated above I also have considerable support from family in the area.

> I AM HAVING DIFFICULTY FINDING SOMEONE OUT OF AK TO TAKE MY BABY. FOR CHILDREN (INFANTS) CANT FLY BEFORE 6wks OLD AND NO ONE CAN STAY DOWN HERE. I AM ASKING FOR MORE HALFWAY HOUSE TIME OR HOME CONFINEMENT. I WOULD NOT LET ANYONE DOWN. I COULDNT DO THAT TO MY KIDS. BUT, WITH MY TIME MY 1/2 WAY HOUSE TIME IS IN MARCH 08. I HAVE LEARNED MY LESSON. I AM NOT A CAREER CRIMINAL.

I ask that you please diligently review every point of my case and my life into deep consideration; I am more than willing to complete my incarceration or probation and any other restrictions imposed for this special consideration. I am a mother, an Alaska citizen and ready to turn my life around to become a productive part of society. With the help I will receive from my Father and immediate family, federal funding (scholarships) and Native contributions I am seeking to reach higher grounds of accountability as a mother raising two children, pursue a career in cosmetology. I am not interested in a life of crime and addictions I am an individual that ran with the wrong crowd and made some poor choices in friends and actions. I am not blaming anyone; I am responsible for where I find myself today. I am responsible for two children and I owe it to them to do everything in my power to change my current position.

I would like to thank you in advance and express my appreciation and gratitude for your time in accepting and reading this request. Please consider my situation and I pray God's peace will be with you and bless you and your decision.

Again Thank You

Sincerely

Valerie Unger

(#15301-006)

*Valerie Unger.*