UNITED STATES PROBATION AND PRETRIAL SERVICES OFFICE - DISTRICT OF ALASKA

# MEMORANDUM

DATE: May 20, 2008

REPLY TO ATTN OF: Beth A. Mader
U.S. Probation/Pretrial Services Officer

SUBJECT: **Release of Information**
**Local Rule 32.2**

U.S. v. Valerie Unger
3:06-cr-00065-RRB-01

TO: Honorable Ralph R. Beistline
U.S. District Court Judge

CC:

**RECEIVED MAY 27 2008 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.**

This request, filed pursuant to rule 32.2 of the local criminal rules of the District of Alaska, is to inform the Court of the receipt of a request for information from the file of the captioned offender. Specifically, the Office of Children Services (OCS), who is conducting an investigation involving the defendant and the custody of her children and are seeking information from the case file regarding drug use, drug monitoring program, probation violations and things of that nature. It is the request of the probation office that the probation officer be allowed to disclose the requested file materials to assist OCS in their investigation.

____✓_____ U.S. Probation Office is **authorized** to disclose file material as part of the OCS investigation.

_____ U.S. Probation Office is **not authorized** to disclose file material to OCS.

_____ Other _____

REDACTED SIGNATURE

Honorable Ralph R. Beistline    5/27/08
U.S. District Court Judge       Date