PROB 12A
(7/93)

# United States District Court
## for the
# District of Alaska



RECEIVED

MAY 2 7 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

### Report On Offender On Supervised Release

Name of Offender: Valerie Rose Unger    Case Number: 3:06-cr-00065-RRB-01

Name of Sentencing Judicial Officer:    Ralph R. Beistline, U.S. District Court Judge

Date of Original Sentence:    January 26, 2007

Original Offense:    Uttering & Possessing A Counterfeited Security

Original Sentence:    18 months imprisonment with 3 years supervised release to follow

Date Supervision Commenced:    May 9, 2008

---

### NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervised release:

Violation Number    Nature of Non-compliance

1    The defendant has violated the Standard Condition of Supervision 9, "The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer," in that on May 9, 2008, the defendant married a convicted felon, Robert King, without the prior approval of the probation officer. This violation is a Grade C violation.

2    The defendant has violated the Standard Condition of Supervision 7, "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician," in that on May 10, 2008, the defendant used marijuana, which is confirmed by a voluntary admission form signed by the defendant on May 12, 2008. This violation is a Grade C violation.

*Report on Offender On Supervised Release*
*Name of Offender        :        Valerie Rose Unger*
*Case Number           :        3:06-cr-00065-RRB-01*

U.S. Probation Officer's Proposed Action:   On May 3, 2008, according to Anchorage Police Department police report 08-20133, the defendant was a passenger in a vehicle being driven by C.P. and in the back was a known felon, Robert King. The defendant asked that she be assisted by the police department in getting custody of her child from her aunt. The defendant stated that she was out on a pass from the Cordova Center and was suppose to be back at 2100 hours. The defendant stated that she wanted her fiancee, Robert King to take custody of the child. A police officer contacted the defendant's aunt, who appeared to be providing a safe environment for the child. The police officer stated to the defendant that they would only take a child out of a safe environment with a court order and that she could contact the court in order to get custody of her child. The defendant had placed the child with her aunt while she was in jail. The aunt had documentation to prove that the child had been placed with her while the defendant was in jail.

On May 9, 2008, the defendant was released from bureau of prisons custody and supervision commenced in the District of Alaska. On May 9, 2008, the defendant committed the violation of standard condition of supervision 9, in which she knowingly married a felon, Robert King, without the prior approval of the probation officer. On May 9, 2008, USPO Barnes contacted the head of security at the Cordova Center several times in the morning and advised them to have the defendant report to the U.S. Probation Officer before 1:00 p.m. at that time the head of security advised USPO Barnes that he will notify the defendant along with pinning a note to her personal belongings so no one forgets to notify the defendant of her appointment with her probation officer. Later on that day the head of security at the Cordova Center notified U.S. Probation that felon Robert King drove by the Cordova Center many times that morning and finally picked up the defendant from the Cordova Center at 6:00 a.m.

On May 12, 2008, the defendant reported for an initial office visit to the probation office at which time she admitted to the use of marijuana on May 10, 2006 and signed an admission form to the use of marijuana. The defendant justified her use by saying, "she does not have a problem and that she just got out of jail and it was offered and she used it, no big deal."

On May 13, 2008, the defendant reported for a scheduled office visit to the U.S. Probation office at which time she provided a copy of her marriage license to known felon, Robert King. The marriage license certified that the defendant and Robert King were married on May 9, 2008.

At this time, the probation officer is monitoring the progress of the case as well as the progress of a petition filed with Judge Singleton regarding King's association with the defendant and recommends no court action at this time.

Respectfully submitted,

**REDACTED SIGNATURE**

Beth A. Mader
U.S. Probation/Pretrial Services Officer
Date: May 20, 2008

*Report on Offender On Supervised Release*
*Name of Offender        :        Valerie Rose Unger*
*Case Number            :        3:06-cr-00065-RRB-01*

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

[✔]    Officer's proposed action is approved
[  ]    Submit a Request for Modifying the Condition or Term of Supervised Release
[  ]    Submit a Request for Warrant or Summons
[  ]    Other

**REDACTED SIGNATURE**

Ralph R. Beistline
U.S. District Court Judge

5/27/08

Date: