# United States District Court
## for the
# District of Alaska

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Valerie Rose Unger                     Case Number: 3:06-cr-00065-RRB-01

Sentencing Judicial Officer:   Ralph R. Beistline, U.S. District Court Judge

Date of Original Sentence:   January 26, 2007

Original Offense:   Uttering & Possessing A Counterfeited Security

Original Sentence:   18 months imprisonment with 3 years supervised release to follow

Date Supervision Commenced: May 9, 2008

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

*"The offender shall not consume, prepare, or purchase alcohol of any kind in any amount, including wine and beer, and shall not enter any establishment which serves alcohol except for a bonafide restaurant, where she may consume only food and non-alcoholic beverages. The offender shall submit to any method of testing required by the U.S. Probation/Pretrial Supervision Officer for determining whether the offender is consuming alcohol."*

### CAUSE

During a routine office visit on May 14, 2008, the offender admitted to drinking alcohol and smoking marijuana. On June 25, 2008, the defendant reported having police contact and admitted to drinking alcohol. On June 30, 2008, the defendant reported police contact, this time being a victim of an assault and admitted to drinking alcohol. On this same date, we discussed the defendant's issue with alcohol and how it affects the choices she makes in her life. The offender appears to have a great deal of unresolved issues surrounding the current offense and is asking for help in dealing with her problems involving alcohol. To assist the offender in rehabilitation and prevent further involvement in criminal activity, the probation officer recommends her conditions of supervised release be modified to include refraining from the use of alcohol and submit to alcohol testing.

Request for Modification of Conditions or Term
Name of Offender      :      Valerie Rose Unger
Case Number           :      3:06-cr-00065-RRB-01

Respectfully submitted,

**REDACTED SIGNATURE**

Beth A. Mader
U.S. Probation/Pretrial Services Officer
Date: July 2, 2008

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other:

**REDACTED SIGNATURE**

Ralph R. Beistline
U.S. District Court Judge
Date: 7/14/08

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

U.S.A. v Valerie Rose Unger                            Docket No. 3:06-cr-00065-RRB-01

    I, _Valerie Rose Unger_, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

> The offender shall not consume, prepare, or purchase alcohol of any kind in any amount, including wine and beer, and shall not enter any establishment which serves alcohol except for a bonafide restaurant, where she may consume only food and non-alcoholic beverages. The offender shall submit to any method of testing required by the U.S. Probation/Pretrial Supervision Officer for determining whether the offender is consuming alcohol.

Signed: **REDACTED SIGNATURE**                Date: 7-2-08
Valerie Rose Unger
Probationer or Supervised Releasee

Witness: **Redacted Signature**                7/2/08
U.S. Probation/Pretrial Services Officer