```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs. __VALERIE ROSE UNGER__   CASE NO. __3:06-CR-00065-RRB__
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____ALEXIS GUTIERREZ_____

UNITED STATES' ATTORNEY: _____RETTA-RAE RANDALL_____

DEFENDANT'S ATTORNEY: _____RANDALL CAVANAUGH FOR_____
                     _____ANDREW LAMBERT -APPOINTED_____

U.S.P.O.: _____ERIC ODEGARD_____

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 64) HELD JULY 24, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 2:05 p.m. court convened.

_X_ Copy of Petition to Revoke Supervised Release given to
    defendant: read.

_X_ Defendant sworn.

_X_ Defendant stated true name: Valerie Rose King.

_X_ Defendant advised of general rights, charges and penalties.

_X_ Financial Affidavit **FILED**.

_X_ Federal Public Defender to appoint CJA counsel; FPD notified.

_X_ Defendant **ADMITTED** allegation 3 of the Petition to Revoke
    Supervised Release (DKT 64).

_X_ Defendant **DENIED** allegations 1,2 and 4 of the Petition to
    Revoke Supervised Release (DKT 64).

_X_ Consent to Proceed before U.S. Magistrate Judge **FILED**.

_X_ Evidentiary hearing set for **8/4/2008 at 2:00 p.m.** before John
    D. Roberts.

_X_ Order of Detention Pending Trial **FILED**.

At 2:37 p.m. court adjourned.

DATE: _____JULY 24, 2008_____    DEPUTY CLERK'S INITIALS: ___AXG___

Revised 6-18-07