AO 442   (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

RECEIVED
U.S. MARSHALS SERVICE
ALASKA
2008 JUL 22 AM 9:05

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>Valerie Unger | **WARRANT FOR ARREST**<br><br>Case Number: 3:06-cr-00065 RRB |

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

RECEIVED JUL 25 2008

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Valerie Unger _____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release      ☐ Probation           ☒ Supervised Release   ☐ Violation Notice
   Violation Petition      Violation Petition      Violation

USMS-D/ALASKA-WARRANTS
FID# 1498105
WARRANT # 0806-0722-0901-D
Entered NCIC _____
Entered APSIN _____
Removed NCIC _____
Removed APSIN _____

charging him or her with (brief description of offense)

Four alleged violations of supervised release

in violation of Title _____ United States Code, Section(s) _____

| | |
|---|---|
| Ralph R. Beistline<br>Name of Issuing Officer | **REDACTED SIGNATURE**  7/21/08<br>Signature of Issuing Officer |
| U.S. District Court Judge<br>Title of Issuing Officer | Anchorage<br>Date and Location |

---

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at   Anchorage, AK.

| DATE RECEIVED<br>7/21/2008<br>DATE OF ARREST<br>7/23/08 | NAME AND TITLE OF ARRESTING OFFICER<br><br>John Olson  DUSM | SIGNATURE OF ARRESTING OFFICER |