MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. VALERIE ROSE UNGER     CASE NO. 3:06-CR-00065-RRB
Defendant: X Present  X In Custody

BEFORE THE HONORABLE:    JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:   ALEXIS GUTIERREZ

UNITED STATES' ATTORNEY:   RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY:    RANDALL CAVANAUGH

U.S.P.O.:                BETH MADER

PROCEEDINGS: ADMISSION HEARING (EVIDENTIARY HEARING ON PETITION TO REVOKE SUPERVISED RELEASE (DKT 64)) HELD AUGUST 4, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 3:04 p.m. court convened.

Defendant sworn.

Defendant stated true name: Same as above.

Defendant **ADMITTED** allegations 1,2 and 3 of the Petition to Revoke Supervised Release (DKT 64). Allegation 4 of the Petition to Revoke Supervised Release (DKT 64) to be dismissed without prejudice at Disposition Hearing.

Court and counsel heard re defendant's participation in a 90 day treatment program at a residential treatment house.

Matter referred to U.S. District Judge for Final Disposition Hearing.

Defendant's detention continued.

At 3:15 p.m. court adjourned.

DATE:   AUGUST 4, 2008        DEPUTY CLERK'S INITIALS: AXG

Revised 6-18-07