Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E:  randall@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:06-cr-00065-RRB-JDR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MOTION TO MODIFY** |
| | ) | **CONDITIONS OF SUPERVISION** |
| VALERIE ROSE UNGER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the Defendant, Valerie Rose Unger, by and through her attorney, Randall S. Cavanaugh of KALAMARIDES & LAMBERT, and hereby moves this court for an order to modify her conditions of probation to allow her to have contact with her husband Robert King.  Mr. King is a felon and on probation.  He is pending a disposition hearing before the federal court.

DATED this 7th day of August, 2008, at Anchorage, Alaska.

          KALAMARIDES & LAMBERT
          Attorneys for Defendant

By:   /s/ Randall S. Cavanaugh
      Randall S. Cavanaugh, ABA #8812215
      KALAMARIDES & LAMBERT
      711 H Street, Suite 450
      Anchorage, AK 9951
      P: (907) 276-2135
      F: (907- 278-8514
      E: randall@kalamarides.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point.  I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 7th day of August, 2008, on:

Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

Mary Geddes
U.S. Federal Public Defender's Office
601 W. 5th Ave., Ste 800
Anchorage, AK 99501


   /s/ Randall S. Cavanaugh
   Kalamarides & Lambert

USA v. Valerie Rose Unger
Case No. 3:06-cr-00065-RRB-JDR
Page 2