Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E:  randall@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VALERIE ROSE UNGER, )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:06-cr-00065-RRB-JDR<br><br>PROPOSED<br>**ORDER FOR MOTION TO MODIFY CONDITIONS OF SUPERVISION** |

**IT IS HEREBY ORDERED** that the Defendant's Motion to Modify Conditions of Supervision is **GRANTED**.  Ms. Valerie Rose Unger-King's conditions of supervised release is modified to allow contact with her husband,  Mr. Robert King.

ENTERED this _____ day of August, 2008, at Anchorage, Alaska.

_____
U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point.  I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 7th day of August, 2008, on:

Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

Mary Geddes
U.S. Federal Public Defender's Office
601 W. 5th Ave., Ste 800
Anchorage, AK 99501


        /s/ Randall S. Cavanaugh
           Kalamarides & Lambert

USA v. Valerie Rose Unger
Case No. 3:06-cr-00065-RRB-JDR
Page 2
F:\Cases\Unger-Valerie\supervision modification.ord.wpd