NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-00065-RRB-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNOPPOSED MOTION TO** |
| v. | ) | **CONTINUE REVOCATION** |
| | ) | **HEARING** |
| VALERIE ROSE UNGER, | ) | |
| | ) | |
| Defendant. | ) | *Filed on Shortened Time* |
| | ) | |

COMES NOW the United States of America, by and through counsel, and hereby requests that the hearing regarding revocation of supervised release in this case be continued from August 8, 2008, at 11:15 a.m. to a later time.  Government

counsel has a sentencing hearing in U.S. v. Fox, 3:07-cr-00144-TMB at 11:00 a.m. on August 8, 2008, that is expected to take at least thirty minutes.

Because of the unique facts of the case with which the undersigned government counsel is fully acquainted, it would not be productive to have another Assistant United States Attorney appear who would have limited knowledge of the case.

The government respectfully requests, therefore, that the hearing be continued. The undersigned has contacted Mr. Cavanaugh, counsel for the defendant, and he does not oppose this request.

RESPECTFULLY submitted this 7th day of August, 2008, at Anchorage, Alaska.

NELSON P. COHEN
UNITED STATES ATTORNEY

s/ Retta-Rae Randall
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

I hereby certify that on August 7, 2008,
a copy of the foregoing Motion to Continue
Revocation Hearing was served via electronic
service on: Randall S. Cavanaugh

 s/ Retta-Rae Randall