NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00065-RRB-JDR |
| Plaintiff, | ) ) ) | [Proposed] |
| vs. | ) ) | ORDER RE: UNOPPOSED MOTION TO CONTINUE REVOCATION HEARING |
| VALERIE ROSE UNGER, | ) ) ) | |
| Defendant. | ) ) | |

The government's Unopposed Motion to Continue Revocation Hearing has been reviewed and is hereby GRANTED/DENIED.

The hearing will be held _____, 2008.

IT IS SO ORDERED.


Dated:_____         _____
                                      United States District Court Judge