Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E:  randall@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:06-cr-00065-RRB-JDR |
| Plaintiff, ) | |
| ) | |
| v. ) | **ERRATA TO** |
| ) | **DISPOSITION MEMORANDUM** |
| VALERIE ROSE UNGER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    COMES NOW the Defendant, Valerie Rose Unger, by and through her attorney, Randall S. Cavanaugh of KALAMARIDES & LAMBERT, and hereby files this errata. Ms. Unger-King wishes to clarify the record that she knew Mr. King as far back as 2004 and they had been writing each other.  The defendant wants it clear, she knew him before they were at the same half-way house.  They were introduced via Mr. King's brother.

    Ms. Unger-King is also under treatment with Dr. Orton with Alaska Native Medical Center for her mental health issues which includes, but not limited to Bi-Polar Disorder.

DATED this 8th day of August, 2008, at Anchorage, Alaska.

                                           KALAMARIDES & LAMBERT
                                           Attorneys for Defendant

By:   /s/ Randall S. Cavanaugh
        Randall S. Cavanaugh, ABA #8812215
        KALAMARIDES & LAMBERT
        711 H Street, Suite 450
        Anchorage, AK 9951
        P: (907) 276-2135
        F: (907- 278-8514
        E: randall@kalamarides.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 8th day of August, 2008, on:

Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

I further certify that a true and correct copy of the foregoing was served via **fax / email** this 8th day of August, 2008, on:

Mary Geddes
U.S. Federal Public Defender's Office
601 W. 5th Ave., Ste 800
Anchorage, AK 99501

   /s/ Randall S. Cavanaugh
   Kalamarides & Lambert

USA v. Valerie Rose Unger
Case No. 3:06-cr-00065-RRB-JDR
Page 2
F:\Cases\Unger-Valerie\disposition.memo - errata.wpd