```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs. VALERIE ROSE UNGER        CASE NO. 3:06-CR-00065-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:          RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:         APRIL KARPER / COLLEEN YORK

UNITED STATES' ATTORNEY:       RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY:          RANDALL CAVANAUGH

U.S.P.O.:                      BETH MADER AND ERIC ODEGARD

PROCEEDINGS: STATUS HEARING (FINAL DISPOSITION HEARING ON
             PETITION TO REVOKE SUPERVISED RELEASE (DKT 64))
             HELD AUGUST 8, 2008:
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 1:33 p.m. court convened.

Court and counsel heard re plaintiff's oral motion to continue the Disposition Hearing so that the defendant may participate in an in-patient treatment program at the Akeela House; **GRANTED**. Defendant to be released to the U.S. Probation Officer for transportation to the Akeela House on **August 11, 2008 at 8:30 a.m.**

Order Setting Conditions of Release **FILED**.

At 1:53 p.m. court adjourned.

DATE:     August 8, 2008          DEPUTY CLERK'S INITIALS: AMK/CGY

Revised 6-18-07