IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

### RELEASE ORDER

TO:  UNITED STATES MARSHAL

RE:  UNITED STATES OF AMERICA VS.   VALERIE ROSE UNGER

CASE NO:   3:06-CR-00065-RRB

---

Defendant   VALERIE ROSE UNGER ,

has this date met the bail conditions indicated below and is ordered discharged from custody.

____Released to _____, the third party custodian(s)

____Paid cash bail in the amount of _____ to the Clerk of Court

____Posted unsecured bond in the amount of _____

____Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court

____Surrendered passport to the Clerk of Court

__X__Other U.S. Probation office, for transportation to Akeela House. _____

Dated at   Anchorage , Alaska, this  11th  day of August , 20 08.

IDA ROMACK, Clerk of Court

BY: __REDACTED SIGNATURE__
~~Deputy Clerk~~
U.S. District Judge

Original & 1 cy to U.S. Marshal

(Rev 8/08)