# United States District Court
### for the
## District of Alaska

**Supplemental Petition for Warrant or Summons for Offender Under Supervised Release**

| | |
|---|---|
| Name of Offender: Valerie Unger | Case Number: 3:06-cr-00065-01 |
| Sentencing Judicial Officer: | Ralph R. Beistline, U.S. District Court Judge |
| Date of Original Sentence: | January 26, 2007 |
| Original Offense: | Uttering & Possessing A Counterfeited Security |
| Original Sentence: | 18 months imprisonment, 3 years supervised release, $6,332.05 restitution |
| Date Supervision Commenced: | May 9, 2008 |
| Asst. U.S. Attorney: Retta Randall | Defense Attorney: Andrew Lambert |

RECEIVED AUG 26 2008 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervised release:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | The defendant has violated a condition of release, "Participate in a program of inpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer, i.e. Akeela House Program," in that on August 26, 2008, the defendant walked away from the Akeela House Program. This violation is a Grade C violation. |

U.S. Probation Officer Recommendation:

The term of supervised release should be:

    [X] Revoked
    [ ] Extended for _____ year(s), for a total term of _____ years.

[ ] The conditions of supervised release should be modified as follows:

Respectfully submitted,

REDACTED

Beth A. Mader
U.S. Probation/Pretrial Services Officer
Date: August 26, 2008

*Supplemental Petition for Warrant or Summons*
*Name of Offender :*     Valerie Unger
*Case Number*        :        *3:06-cr-00065 RRB -01*

Approved by:

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer


THE COURT ORDERS



[X] *The WARRANT FOR ARREST be delivered to the U.S. Marshal's Service; and the petition, probation officer's declaration, and a copy of the warrant shall be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the offender.* The petition for supervised release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[ ]  The issuance of a summons. The Petition for Supervised Release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[ ]  Other:

REDACTED

Ralph R. Beistline
U.S. District Court Judge

8/26/08
Date

---

**Supervised Release Cases:** Pursuant to 18.U.S.C. § 3401(I), the sentencing District Court may designate a Magistrate Judge to conduct hearings to modify, revoke, or terminate supervised release, including evidentiary hearings, and to submit to the Court proposed findings of facts and recommendations, including disposition recommendations.
**Probation Cases:** Pursuant to *United States v. Frank F. Colacurcio,* 84 F.3d 326, a Magistrate Judge has the authority to conduct a probation revocation hearing **only if** the following three conditions are satisfied: (1) the defendant's probation was imposed for a misdemeanor; (2) the defendant consented to trial, judgment, and sentence by a Magistrate Judge; and (3) the defendant initially was sentenced by a Magistrate Judge. Therefore, a District Court **may not** designate a Magistrate Judge to conduct revocation hearings on probation cases where a District Court was the sentencing Court.

# United States District Court
for the
# DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | Case Number: 3:06-cr-00065-01 RRB |
| vs. | ) ) ) ) | DECLARATION IN SUPPORT OF SUPPLEMENTAL PETITION |
| Valerie Unger | ) ) | |

I, Beth Mader, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of Supervised Release for Valerie Unger, and in that capacity declare as follows:

On August 8, 2008, the defendant appeared before the Honorable Judge Ralph R. Beistline for a scheduled final disposition hearing on a petition to revoke supervised release. The Court granted the parties' oral motion to continue the disposition hearing so that the defendant may participate in an in-patient treatment program at the Akeela House. The defendant was to be released to the U.S. Probation Officer for transportation to the Akeela House and an Order Setting Conditions of Release were signed.

On August 11, 2008, the defendant was transported from Highland Mountain Correctional Facility to the Akeela Residential Facility by U.S. Probation Officer Mader and Supervising U.S. Probation Officer Odegard.

On August 26, 2008, the defendant walked away from the Akeela Residential Facility and her whereabouts are unknown.

Executed this 26th day of August 2008, at Anchorage, Alaska, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.



REDACTED SIGNATURE
Beth A. Mader
U.S. Probation Officer